CALIFORNIA HUMAN DEVELOPMENT CORPORATION, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2009–5116.

United States Court of Appeals, Federal Circuit.

June 9, 2010.

Gary C. Adler, Roetzel & Andress, LPA, of Washington, DC, argued for plaintiff-appellant. Of counsel was Craig A. Koenigs.

Robert C. Bigler, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

RADER, Chief Judge, LINN, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**